Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 17−31293−VFP
           Chapter: 13
           Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nathan Scott Abrams                              Bethany Marie Abrams
   753 Burnt Meadow Road                       753 Burnt Meadow Road
   Hewitt, NJ 07421                                     Hewitt, NJ 07421

Social Security No.:
   xxx−xx−3593                                         xxx−xx−5975

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
## OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: January 12, 2018
JAN: admi

                                                                     Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-31293-VFP
Nathan Scott Abrams　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Bethany Marie Abrams
　　　　Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　　User: admin　　　　　Page 1 of 1　　　　　Date Rcvd: Jan 12, 2018
　　　　　　　　　　　　　　Form ID: finmgtc　　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db/jdb　　　　+Nathan Scott Abrams,　Bethany Marie Abrams,　753 Burnt Meadow Road,　Hewitt, NJ 07421-3508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg　　　　　E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2018 22:43:40　　U.S. Attorney,　970 Broad St.,　Room 502,　Rodino Federal Bldg.,　Newark, NJ 07102-2534
smg　　　　　+E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2018 22:43:38　　United States Trustee,　Office of the United States Trustee,　1085 Raymond Blvd.,　One Newark Center,　Suite 2100,　Newark, NJ 07102-5235
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2018　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
　　　　　Marie-Ann Greenberg　　magecf@magtrustee.com
　　　　　Rebecca Ann Solarz　　on behalf of Creditor　HomeBridge Financial Services, Inc.　rsolarz@kmllawgroup.com
　　　　　Scott D. Sherman　　on behalf of Debtor Nathan Scott Abrams ssherman@minionsherman.com
　　　　　Scott D. Sherman　　on behalf of Joint Debtor Bethany Marie Abrams ssherman@minionsherman.com
　　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5