**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

Order Filed on March 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NATHAN ABRAMS
BETHANY ABRAMS
Debtors

Case No.: _____17-31293_____

Judge: _____PAPALIA_____

Chapter: _____13_____

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF  CHRISTIAN MERLINO

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 26, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

In re: <u>NATHAN AND BETHANY ABRAMS</u>

Case No.: <u>17-31293</u>

Applicant: <u>NATHAN AND BETHANY ABRAMS</u>

(check all that apply)  ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☒ Debtor:   ☐ Chap. 11   ☒ Chap. 13

☐ Official Committee of _____

Name of Professional:    <u>Christian Merlino, Esq.</u>

Address of Professional:    <u>WEINER LAW GROUP, L.L.P.</u>

<u>629 Parsippany Road - P.O. Box 438</u>

<u>Parsippany, NJ 07054</u>

☐ Attorney for (check all that apply):
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☒ Other Professional:
  ☐ Realtor   ☐ Appraiser   ☒ Special Counsel   ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-31293-VFP
Nathan Scott Abrams                                                       Chapter 13
Bethany Marie Abrams
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 26, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db/jdb         +Nathan Scott Abrams,    Bethany Marie Abrams,    753 Burnt Meadow Road,    Hewitt, NJ 07421-3508
aty            +Christian Merlino,    Weiner Law Group. LLP,    629 Parsippany Road,    PO Box 438,
                 Parsippany, NJ 07054-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              Scott D. Sherman    on behalf of Debtor Nathan Scott Abrams ssherman@minionsherman.com
              Scott D. Sherman    on behalf of Joint Debtor Bethany Marie Abrams ssherman@minionsherman.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5