| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br>By:   Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 | Order Filed on April 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| NATHAN ABRAMS<br>BETHANY ABRAMS,<br><br>                    Debtors | Case No.:17-31293<br><br>Chapter 13<br><br>Hearing Date:  4/5/2018<br><br>Judge:   Vincent F. Papalia |

### ORDER APPROVING  SETTLEMENT OF PERSONAL INJURY ACTION
### AND LEGAL FEES FOR SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) through  _Two  (2)_  is hereby **ORDERED**.

**DATED: April 11, 2018**

                                                                              _____
                                                                              **Honorable Vincent F. Papalia**
                                                                              **United States Bankruptcy Judge**

**(Page 2)**
Debtor:  NATHAN AND BETHANY ABRAMS

Case No: 17-31293

**Caption of Order**: **ORDER APPROVING SETTLEMENT OF PERSONAL INJURY ACTION AND LEGAL FEES FOR SPECIAL COUNSEL**

---

1. That the Settlement in the Personal Injury Action against Lasherra and Larry Curry which has a gross total of $87,500.00, related to injuries suffered by Bethany Abrams on May 15, 2015 be and is hereby approved.

2. Disbursements shall be made as set forth in the Disbursement Statement submitted to this court as an exhibit to this motion, including payment of Special Counsel's legal fees and out of pocket expenses in the sum of $31,772.96 and payment to Optum in the amount of $15,000.00 to satisfy a medical lien on the proceeds.

3. The Chapter 13 Trustee shall be paid pursuant to a Balance to Complete Letter issued in the normal course;

4. The net proceeds after payment of all of the aforementioned parties shall be paid to Debtor Bethany Abrams.

5. The Chapter 13 Trustee shall be provided with a copy of the final closing statement (settlement statement), upon consummation of the disbursement, to ensure that compliance with this order.