

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br>By:   Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 | Order Filed on April 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| NATHAN ABRAMS<br>BETHANY ABRAMS,<br><br>                           Debtors | Case No.:17-31293<br><br>Chapter 13<br><br>Hearing Date:  4/5/2018<br><br>Judge:   Vincent F. Papalia |

### ORDER APPROVING  SETTLEMENT OF PERSONAL INJURY ACTION
### AND LEGAL FEES FOR SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) through  _Two  (2)_  is hereby **ORDERED**.

**DATED: April 11, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor:  NATHAN AND BETHANY ABRAMS

Case No: 17-31293

**Caption of Order**:  **ORDER APPROVING SETTLEMENT OF PERSONAL INJURY ACTION AND LEGAL FEES FOR SPECIAL COUNSEL**

---

1. That the Settlement in the Personal Injury Action against Lasherra and Larry Curry which has a gross total of $87,500.00, related to injuries suffered by Bethany Abrams on May 15, 2015 be and is hereby approved.

2. Disbursements shall be made as set forth in the Disbursement Statement submitted to this court as an exhibit to this motion, including payment of Special Counsel's legal fees and out of pocket expenses in the sum of $31,772.96 and payment to Optum in the amount of $15,000.00 to satisfy a medical lien on the proceeds.

3. The Chapter 13 Trustee shall be paid pursuant to a Balance to Complete Letter issued in the normal course;

4. The net proceeds after payment of all of the aforementioned parties shall be paid to Debtor Bethany Abrams.

5. The Chapter 13 Trustee shall be provided with a copy of the final closing statement (settlement statement), upon consummation of the disbursement, to ensure that compliance with this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-31293-VFP
Nathan Scott Abrams                                                       Chapter 13
Bethany Marie Abrams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Apr 11, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db/jdb         +Nathan Scott Abrams,    Bethany Marie Abrams,    753 Burnt Meadow Road,    Hewitt, NJ 07421-3508
aty            +Christian Merlino,    Weiner Law Group. LLP,    629 Parsippany Road,    PO Box 438,
                 Parsippany, NJ 07054-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              Scott D. Sherman    on behalf of Debtor Nathan Scott Abrams ssherman@minionsherman.com
              Scott D. Sherman    on behalf of Joint Debtor Bethany Marie Abrams ssherman@minionsherman.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5